UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
September 29, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

| | |
|---|---|
| In the Matter of the Creation of the Calendar ) ) ) of ) ) Judge STANLEY BLUMENFELD, JR. ) ) | ORDER OF THE CHIEF JUDGE<br><br>**20-140** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Stanley Blumenfeld, Jr.,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Fernando M. Olguin to the calendar of Stanley Blumenfeld, Jr.:

| | |
|---|---|
| 2:19-cv-01287-FMO-MAAx | Lourdes Gonzalez v. Lowe s Home Centers, LLC, et al |
| 2:19-cv-02822-FMO-AGRx | Jorge Valdes v. Coldwell Banker Real Estate, LLC et al |
| 2:19-cv-03656-FMO-GJSx | Kelli Ewen v. National Hockey League et al |
| 2:19-cv-03657-FMO-SKx | Dedicato Treatment Center, Inc. v. Independence Blue Cross Blue Shield of Pennsylvania, Inc. |
| 2:19-cv-05056-FMO-Ex | Antonio Fernandez v. Carmen Penna et al |
| 2:19-cv-06034-FMO-ASx | Antonio Fernandez v. Sterik Boyle Heights, L.P. et al |
| 2:19-cv-09216-FMO-ASx | Open Text, Inc. v. Northwell Health, Inc. et al |
| 2:19-cv-09392-FMO-PLA | Allan Jay Milton v. W.J. Sullivan |
| 2:20-cv-00035-FMO-MAA | Andrew C. Brewer v. Stu Sherman |
| 2:20-cv-01032-FMO-MAAx | A World Trade, Inc. v. Apmex, Inc. et al |
| 2:20-cv-02075-FMO-RAOx | Stephen Turner v. Julie De La Torre et al |
| 2:20-cv-02140-FMO-JPRx | Melissa Meyer v. Direct Recovery Services, LLC et al |
| 2:20-cv-02614-FMO-KSx | Binding Films Pty Limited et al v. Eye Film Releasing, Inc. et al |
| 2:20-cv-02692-FMO-KSx | Luben Romanov v. Amazon Services LLC |
| 2:20-cv-03708-FMO-AGR | Michael Lustig v. Warden |
| 2:20-cv-04530-FMO-SK | Carmen Alicia Felix v. Nancy A. Berryhill |
| 2:20-cv-04664-FMO | In Re: Benjamin W. Gonzales |
| 2:20-cv-04696-FMO-JPRx | Anthony Bouyer v. Arturo Rubinstein et al |

In the Matter of the
Creation of Calendar for
District Judge Stanley Blumenfeld, Jr.                                                    2

_____

| | |
|---|---|
| 2:20-cv-06540-FMO-SHKx | XL Specialty Insurance Company v. AIG Specialty Insurance Company |
| 2:20-cv-07586-FMO-PDx | Reni from Kameno v. James O Barr et al |
| 5:17-cv-01261-FMO-SPx | Curtis Markson et al v. CRST International, Inc. et al |
| 5:20-cv-00847-FMO-SPx | Rafael Arroyo, Jr. v. RJAN, LLC et al |
| 8:19-cv-01745-FMO | In Re Modern VideoFilm, Inc. |
| 8:20-cv-00544-FMO-DFMx | Othmane Fathi v. Saddleback Valley Unified School District |

DATED: September 29, 2020                    _____
                                                              Chief Judge Philip S. Gutierrez