FILED
CLERK, U.S. DISTRICT COURT

November 7, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO RUBINSTEIN, individually and as trustee of THE ART RUBINSTEIN FAMILY TRUST DATED APRIL 11, 2013; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-04696-SB-JPR<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1
[~~PROPOSED~~] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Arturo Rubinstein ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  November 7, 2020

_____
Stanley Blumenfeld, Jr.
United States District Judge